JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:	541-593-4452
Email:	jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD CRANE, | Case No.  1:19-CV-00192-SKO |
| Plaintiff | **STIPULATION AND** |
| | **ORDER FOR EXTENSION OF TIME** |
| v. | **TO FILE PLAINTIFF'S OPENING BRIEF** |
| ANDREW M. SAUL, | |
| Commissioner of Social Security, | |
| Defendant | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to November 4 for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension. It is requested due to a backlog in Plaintiff's counsel's workload.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: October 3, 2019                JACQUELINE A. FORSLUND
                                     Attorney at Law


                                     */s/Jacqueline A. Forslund*
                                     JACQUELINE A. FORSLUND

                                     Attorney for Plaintiff


Date: October 3, 2019                MCGREGOR W. SCOTT
                                     United States Attorney
                                     DEBORAH STACHEL
                                     Regional Chief Counsel, Region IX
                                     Social Security Administration

                                     */s/Allison J. Cheung*
                                     ALLISON J. CHEUNG
                                     Special Assistant United States Attorney
                                     *By email authorization

                                     Attorney for Defendant

**Crane v. Saul**              **Stipulation and Order**         **E.D. Cal. 1:19-cv-00191-SKO**

**ORDER**

Pursuant to the parties' above stipulation, (Doc. 12), for good cause shown, Plaintiff shall file his opening brief by no later than November 4, 2019. All other deadlines in the scheduling order, (Doc. 5), are hereby modified accordingly.

IT IS SO ORDERED.

Dated:  **October 3, 2019**                                /s/ *Sheila K. Oberto*
                                                                          UNITED STATES MAGISTRATE JUDGE

**Crane v. Saul**                     **Stipulation and Order**            **E.D. Cal. 1:19-cv-00191-SKO**