JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:	541-593-4452
Email:	jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD CRANE, | ) | Case No.  1:19-CV-00192-SKO |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S OPENING BRIEF** |
| | ) | |
| | ) | (Doc. 14) |
| | ) | |
| ANDREW M. SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 32 Days to December 6 for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension. It is requested due to the fact that Plaintiff's counsel has had a number of Briefs and other filings due at the around same time and has not had time to give this case appropriate attention.

**Crane v. Saul**	**Stipulation and Order**	**E.D. Cal. 1:19-cv-00191-SKO**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: November 1, 2019         JACQUELINE A. FORSLUND
                               Attorney at Law


                               */s/Jacqueline A. Forslund*
                               JACQUELINE A. FORSLUND

                               Attorney for Plaintiff


Date: November 1, 2019         MCGREGOR W. SCOTT
                               United States Attorney
                               DEBORAH STACHEL
                               Regional Chief Counsel, Region IX
                               Social Security Administration

                               */s/Allison J. Cheung*
                               ALLISON J. CHEUNG
                               Special Assistant United States Attorney
                               *By email authorization

                               Attorney for Defendant


## ORDER

Based upon the above-stipulation of the parties (Doc. 14), and for good cause shown, IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and including December 6,

**Crane v. Saul**                **Stipulation and Order**         **E.D. Cal. 1:19-cv-00191-SKO**

2019, in which to file Plaintiff's Opening Brief; and that all other deadlines set forth in the February 13, 2019 Scheduling Order (Doc. 5) shall be extended accordingly.

IT IS SO ORDERED.

Dated: **November 4, 2019**                     /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE

**Crane v. Saul**          **Stipulation and Order**          **E.D. Cal. 1:19-cv-00191-SKO**