McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8942
    Facsimile: (415) 744-0134
E-mail: allison.cheung@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| EDWARD CRANE,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:19-cv-00192-SKO<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME**<br><br>**(Doc. 17)** |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 30-day extension of time, from January 8, 2020 to February 7, 2020, for Defendant to respond to Plaintiff's Opening Brief (Dkt. No. 16).

    This is Defendant's first request for an extension of time. Good cause exists for this extension due to Defendant's counsel's workload as described below. Since Plaintiff's Opening Brief was filed on December 9, 2019, Defendant's counsel has worked on approximately 18

district court cases, as well as a Ninth Circuit appeal. Counsel is also responsible for other substantive non-litigation matters in the Office of General Counsel.

Additional time is required to review the record, to evaluate the numerous issues raised in Plaintiff's brief, to determine whether options exist for settlement, and if not, to prepare Defendant's response to Plaintiff's motion. Defendant's counsel will endeavor to complete these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

Plaintiff does not oppose Defendant's request for an extension of time. The parties further stipulate that the deadline for any reply by Plaintiff, if necessary, will be extended accordingly.

Respectfully submitted,

Dated: January 6, 2020	FORSLUND LAW LLC

*/s/ Jacqueline A. Forslund*\_\_\_\_\_
(*as authorized via email on January 6, 2020)
JONATHAN O. PENA, ESQ.
Attorney for Plaintiff

Dated: January 6, 2020	McGREGOR SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:	*/s/ Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

The Court has reviewed the parties' above stipulation (Doc. 17) and approves Defendant's request for additional time to file his responsive brief. The Court GRANTS Defendant an extension until February 7, 2020, to file his responsive brief. All remaining deadlines in the Court's scheduling order (Doc. 5) are extended accordingly.

IT IS SO ORDERED.

Dated: **January 7, 2020**             /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE